UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DAVID TRYBALSKI,**

    **Plaintiff,**

v.                                                                    Case No.: 8:24-CV-1376-AAS

**FRANK BISIGNANO,**
**Commissioner of the Social**
**Security Administration,**[1]

    **Defendant.**
_____/

## ORDER

Plaintiff David Trybalski moves for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412. (Doc. 25). The Commissioner does not oppose the motion. (*Id.*, p. 6).

Mr. Trybalski requests $6,497.47 in attorney's fees and $400.00 in filing costs. The EAJA permits awards for reasonable attorney's fees and costs to a prevailing party against the United States. 28 U.S.C. § 2412. An August 1, 2025 order remanded the Commissioner's final decision under sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings. (Doc. 22). The

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Under Rule 25(d) of the Federal Rules of Civil Procedure, Mr. Bisignano should be substituted as the defendant in this suit. No further action needs to be taken to continue this suit through the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Clerk of Court entered judgment in favor of Mr. Trybalski. (Doc. 23).

The Commissioner does not contest the following: Mr. Trybalski is the prevailing party; the Commissioner's position was not substantially justified; and Mr. Trybalski's attorney's fees and costs request is reasonable. A court should grant a Social Security claimant's request for attorney's fees when it is unopposed. *See Jones v. Colvin*, No. 8:13-CV-2900-T-33AEP, 2015 WL 7721334 (M.D. Fla. Nov. 30, 2015) (awarding unopposed attorney's fees request). Thus, Mr. Trybalski is entitled to $6,497.47 in attorney's fees and $400.00 in filing costs.

Attorney's fees awarded to a claimant under the EAJA can be offset to satisfy the claimant's pre-existing debt to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Following an order, the United States Department of the Treasury will determine whether Mr. Trybalski owes a debt to the United States. Mr. Trybalski assigned his rights to EAJA fees to his attorney. (Doc. 25-2). So, if Mr. Trybalski has no federal debt, the United States will accept his assignment of EAJA fees and pay the fees directly to counsel.

Accordingly, it is **ORDERED** that Mr. Trybalski's motion for attorney's fees and costs under the EAJA (Doc. 25) is **GRANTED**. Mr. Trybalski is awarded **$6,497.47** in attorney's fees and **$400.00** in costs.

**ORDERED** in Tampa, Florida, on August 11, 2025.

AMANDA ARNOLD SANSONE
United States Magistrate Judge